UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(B)

Robert L. Schmidt   RS5795
**AST & SCHMIDT, P.C.**
PO Box 1309
222 Ridgedale Avenue
Morristown, NJ 07962-1309
Tel: 973-984-1300   Fax: 973-984-1478
robert@astschmidtlaw.com
Proposed Attorneys for Debtor-in-Possession

In Re:

**PAVILION PROPERTIES, LLC,**

                Debtor.

Case No.: 24-11407

Judge:

Chapter:   11

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Robert L. Schmidt, being of full age, certify as follows:

1. I am seeking authorization to retain the firm of Ast & Schmidt, P.C. for Debtor-in-Possession.

2. The firm's professional credentials include:   **Robert L. Schmidt, Esq., admitted to practice in the Superior Court of New Jersey and Federal District Court of New Jersey in 1999, and specializing in the field of bankruptcy law for more than 20 years.**

3. I am a member of or associated with the firm of:   **Ast & Schmidt, P.C.**

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows: **Under a general retainer based on time and standard billable charges.  Hourly fees for services during 2024 are as follows:**

**Robert L. Schmidt, Esq.: $395**;

**Paralegal Services: $150**

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:_____
_____
_____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☒ Other. Explain: Retainer and Court Filing Fee paid by sole member of debtor, Patricia Puschak.

8. If the professional is an auctioneer,

   a. The following are my qualifications and experience with the liquidation or sale of similar property:_____

   _____

   ☐ Yes    ☐ No

   b. The proposed method of calculation of my compensation, including rates and formulas, is:_____
   _____
   _____
   _____

   Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

   c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds:_____
   _____
   _____

   d. Have you, or a principal of your firm, been convicted of a criminal offense?
   ☐ No         ☐ Yes (explain below)
   _____
   _____
   _____

   e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____
   _____

      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

| | |
|---|---|
| Date:  February 13, 2024 | /s/ Robert L. Schmidt_____ |
| | Signature of Professional |
| | |
| | Robert L. Schmidt_____ |
| | Name of Professional |

rev.8/1/15

Z:\CHAP11\Pavilion Properties LLC\App Retain A&S\Cert.240213.wpd